# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-cv-05289-SVW-E | Date | June 14, 2018 |
|---|---|---|---|
| Title | *Larry Craft v. RWI Transportation, LLC* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**     ORDER DENYING PLAINTIFF'S MOTION FOR SETTLEMENT APPROVAL [43]

The Court DENIES the settlement agreement for the same reasons set forth in the previous order, specifically the rationales related to attorneys' fees. The Court sets the case for jury trial on August 21, 2018 at 9 AM. Pre-trial will be on August 20, 2018 at 3 PM.

_____ : _____

Initials of Preparer

PMC