Brian S. Kabateck, SBN 152054
bsk@kbklawyers.com
Anastasia K. Mazzella, SBN 245201
am@kbklawyers.com
Shant A. Karnikian, SBN 285048
sk@kbklawyers.com
**KABATECK LLP**
633 W. Fifth Street, Suite 3200
Los Angeles, CA 90071
Tel.:  (213) 217-5000
Fax:   (213) 217-5010

Attorneys for Plaintiff LARRY CRAFT,
individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CRAFT, an individual; on behalf of himself and all others similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>RWI TRANSPORTATION, LLC a California corporation and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:17-cv-05289-SVW<br><br>[Assigned to Hon. Stephen V. Wilson]<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement; Declaration of Brian S. Kabateck; Declaration of Will Henry; and [Proposed] Order]<br><br>Date:       December 3, 2018<br>Time:       1:30 p.m.<br>Courtroom: 10A<br><br>Complaint Filed: June 19, 2017 |

1

**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:**

**PLEASE TAKE NOTICE** that on December 3, 2018, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 10A of the Honorable Stephen V. Wilson, United States District Court, Central District of California, located at 350 W. 1st Street, 10th Floor, Los Angeles, California 90012, Plaintiff LARRY CRAFT ("Plaintiff") will, and hereby does, move for entry of an order and judgment granting final approval of the class action settlement and all agreed upon terms therein. This motion, unopposed by Defendant RWI Transportation, LLC, seeks final approval of the Stipulation of Class Action Settlement and Release of Claims ("Settlement Agreement" or "Settlement"); (2) settlement payments to Participating Class Members and the LWDA; and (3) costs/expense to the claims administrator, CPT Group, Inc.

This Motion is based upon: (1) this Notice of Motion and Motion; (2) the Memorandum of Points and Authorities in Support of the Motion for Final Approval of Class Action Settlement; (3) the Declaration of Brian S. Kabateck; (4) the Declaration of Will Henry on behalf of CPT Group, Inc; (5) the [Proposed] Order and Final Judgment; (6) the records, pleadings, and papers filed in this action; and (7) upon such other documentary and/or oral evidence as may be presented to the Court at the hearing.

Pursuant to the Parties' Settlement Agreement, Plaintiff has filed a separate Motion for Attorney Fees, Costs, and Class Representative Enhancement Award along with a separate Declaration of Brian S. Kabateck that focuses on issues related to the fee motion and the Declaration of Plaintiff Larry Craft in support of his request for an enhancement award.

Dated: November 19, 2018

**KABATECK LLP**

By: /s/ Shant A. Karnikian
Brian S. Kabateck
Shant A. Karnikian

*Attorneys for Plaintiff Larry Craft, an individual, on behalf of himself and all others similarly situated*